

# Fourth Court of Appeals
## San Antonio, Texas

April 27, 2022

No. 04-22-00114-CV

Chris **SCHAPIRA** and Patricia Benitez,
Appellants

v.

Javier **SALAZAR**,
Appellees

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2021-CI-08671
Honorable Aaron Haas, Judge Presiding

# O R D E R

Sitting:     Beth Watkins, Justice
            Liza A. Rodriguez, Justice
            Lori I. Valenzuela, Justice

On April 4, 2022, appellants filed their brief, in which they challenge the constitutionality of a state statute. The record does not reflect that the attorney general is a party or counsel in the litigation. We therefore **ORDER** appellants to complete and file in this court **by May 2, 2022** the "Challenge to the Constitutionality of a State Statute" form. *See* TEX. CONST. art. V, § 32, TEX. GOV'T CODE § 402.010.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of April, 2022.



_____
MICHAEL A. CRUZ, Clerk of Court